EMIL R. POHLERS v. EXETER MANUFACTURING COMPANY.— Motion for leave to appeal to the Court of Appeals and for a stay granted.' Motion for reargument denied. Settle order on notice. [See *ante*, p. 806.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

EUGENE J. NOYES v. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 756.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

GERARD A. RE, Individually and as Guardian ad Litem of GERARD RE, JR., an'Infant, et al., v. TITLE GUARANTEE AND TRUST COMPANY et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 814.] Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

WILLIAM J. O'NEIL v. BROOKLYN SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Motion for reargument denied. [See *ante*, p. 317.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD against TOFFENETTI RESTAURANT COMPANY, INC. In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STATE LABOR RELATIONS BOARD against TOFFENETTI RESTAURANT COMPANY, INC., et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. [See *ante*, p. 860.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JULIUS AUERBACH et al. v. LACIDEM REALTY CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 814.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

WILLIAM H. PURVIN, on Behalf of Himself and All Other Creditors of the Estate of LOUIS L. GREY, Deceased, v. HAROLD N. GREY et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, pp. 813, 815.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

## (February 29, 1944.)

GEORGE M. SPECTOR, Appellant, v. NATIONAL CELLULOSE CORPORATION, Respondent, et al., Defendants.— Orders affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve a second amended complaint within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse insofar as the order grants defendant-respondent's motion to dismiss the first cause of action and to deny said motion. [181 Misc. 465.]